UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

GREGORY CORNELIUS PREWITT )
)
vs. ) Case No.  2:08-cv-08008-JHH-HGD
)
UNITED STATES OF AMERICA )

**O R D E R**

On November 24, 2008, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge.  To date, neither petitioner nor respondent have filed objections.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge and it is therefore

ORDERED, ADJUDGED and DECREED that the Motion to Vacate, Set Aside or Correct Sentence, filed pursuant to 28 U.S.C. § 2255, is due to be and is hereby DENIED and this action DISMISSED.

**DONE** this the   21st   day of January, 2009.

_James H. Hancock_
SENIOR UNITED STATES DISTRICT JUDGE